# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2015

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150348(126)

BP1, LLC,

     Plaintiff-Appellant,

v

COVENTRY REAL ESTATE FUND II, LLC,
DDR CORPORATION, a/k/a DEVELOPERS
DIVERSIFIED REALTY CORPORATION,
COVENTRY II DDR BLOOMFIELD, LLC,
and COVENTRY II DDR HARBOR
BLOOMFIELD PHASE 1, LLC,

     Defendants-Appellees.

_____/

SC: 150348
COA: 312579
Oakland CC: 2009-099741-CZ

     On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply in support of the application for leave to appeal is GRANTED. The reply submitted on December 29, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2015



Clerk